UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN SANTIAGO ROSARIO, individually and on behalf of all others similarly situated, | No. 2:16-cv-01951-RAJ |
| *Plaintiff*, | **JOINT MOTION AND** |
| v. | **ORDER TO TRANSFER VENUE** |
| STARBUCKS CORPORATION, | |
| *Defendant*. | |

In accordance with the Court's Order of March 19, 2019 requiring the parties to file any joint motion to transfer this matter on or before April 12, 2019, Plaintiff Jonathan Rosario and Defendant Starbucks Corporation jointly move this Honorable Court to transfer this matter to the Northern District of Georgia and in support of same state as follows:

Pursuant to 28 U.S.C. § 1404(a), "[A] district court may transfer any civil action … to any district or division to which all parties have consented." Section 1404(a) directs courts considering a transfer to evaluate (1) "the convenience of the parties and witnesses," and (2) "the interest of justice."

The parties each consent to a transfer of this matter to the Northern District of Georgia and intend, after said transfer, to seek the consolidation of this matter with the matter of *Wills v. Starbucks Corporation*, No. 1:17-cv-03654-CAP-CMS (N.D. Ga.), for the purpose of settling both class actions and directing notice to a single nationwide class.

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com

1    Both the *Rosario* and *Wills* matters involve identical claims, namely that Starbucks failed

2    to comply with 15 U.S.C. § 1681b(b)(3)(a) in its use of background reports for hiring purposes,

3    and seek identical relief for the named plaintiffs and class members.

4        Further, the classes of job applicants in each case are congruent and encompass nearly

5    8,100 individuals. This supports treating them as a single class in one case.

6        Now, following years of litigation and several sessions with a private mediator, the parties

7    have reached an agreement in principle to settle both the *Rosario* case and the *Wills* case on a

8    class basis. The settlement will be facilitated by transferring *Rosario* to the Northern District of

9    Georgia and consolidating it with *Wills*. A transfer to the Northern District of Georgia would be

10   more convenient for the parties and witnesses and would also promote the interests of justice by

11   decreasing the possibility of conflicts between the two cases.

12   *///*

13   *///*

14   *///*

15   *///*

16   *///*

17   *///*

18   *///*

19   *///*

20   *///*

21   *///*

22   *///*

23   *///*

24   *///*

25   *///*

26   *///*

27   *///*

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com

Therefore, the Court should transfer this case to the United States District Court for the Northern District of Georgia to be consolidated with *Wills v. Starbucks Corporation*, No. 1:17-cv-03654-CAP-CMS (N.D. Ga.) for settlement purposes.

Dated: April 17, 2019

Respectfully submitted,

TERRELL MARSHALL LAW GROUP PLLC

DAVIS WRIGHT TREMAINE LLP

By: */s/Erika L. Nusser*
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Erika L. Nusser, WSBA #40854
    Email: enusser@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450
    James A. Francis, *pro hac vice*
    Email: jfrancis@consumerlawfirm.com
    John Soumilas, *pro hac vice*
    Email: jsoumilas@consumerlawfirm.com
    Lauren KW Brennan, *pro hac vice*
    Email: lbrennan@consumerlawfirm.com
    FRANCIS & MAILMAN, P.C.
    1600 Market Street, Suite 2510
    Philadelphia, Pennsylvania 19103
    Telephone: (215) 735-8600
    Facsimile: (215) 940-8000

*Attorneys for Plaintiff*

By: */s/James E. Howard*
    Harry J.F. Korrell III, WSBA #23173
    Email: harrykorrell@dwt.com
    James E. Howard, WSBA #37259
    Email: jimhoward@dwt.com
    Lauren Rainwater, WSBA #43625
    Email: laurenrainwater@dwt.com
    920 Fifth Avenue, Suite 3300
    Seattle, Washington 98104-1610
    Telephone: (206) 622-3150
    Facsimile: (206) 757-7700

*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

DATED this 17th day of April, 2019.

*Richard A Jones*
_____
The Honorable Richard A. Jones
United States District Judge

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com